**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN TOSCANO, | ) NO. CV 08-02722 DOC (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| FERNANDO GONZALEZ, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 7, 2010

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE